United States District Court
Southern District of Texas
**ENTERED**
November 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOANNA SMITH, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-03725 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| HONORABLE FRANK KENDALL, | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING MOTION TO TRANSFER VENUE

Pending is a motion by Plaintiff Joann Smith to transfer venue. Dkt 3. Defendant Honorable Frank Kendall doesn't oppose the motion. And the factors pertinent to the consideration of transfer are plainly met here. See 28 USC § 1404(a); *In re Volkswagen of America, Inc*, 545 F3d 304, 315 (5th Cir 2008, *en banc*).

The motion to transfer is GRANTED. Dkt 3.

This action is TRANSFERRED to the United States District Court, Western District of Texas, San Antonio Division.

SO ORDERED.

Signed on November 19, 2021, at Houston, Texas.

*[signature: Chs R Eshridge]*

Hon. Charles Eskridge
United States District Judge